# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Julia Parker**
          Plaintiff(s)

    vs.                              **CASE NUMBER: 6:24-cv-841 (ML)**

**Leland Dudek**
          Defendant(s)

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant Commissioner's Consent Motion reversing the Commissioner's decision is granted and this case is REMANDED for further administrative proceedings.

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated April 18, 2025.

DATED: April 18, 2025

Clerk of Court

                                                      s/Britni Smith
                                                      Deputy Clerk